UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EUGENE GAGE,<br>    Petitioner,<br>v.<br>GIGI MATTESON,<br>    Respondent. | Case No. 23-cv-02395-HSG<br>**JUDGMENT** |

The Court has DISMISSED the petition for a writ of habeas corpus and DENIED a certificate of appealability. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   7/7/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge